UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80043 EMC |
|     Plaintiff, | **ORDER REJECTING COMPLAINT** |
| v. | |
| DEPARTMENT OF POLICE OF THE STATE OF CONNECTICUT | |
|     Defendant. | |

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the "Department of Police" of the State of Connecticut, based on allegations relating to mass shootings in Arizona, Colorado, Wisconsin and Connecticut. Mr. Hurt seeks $180,000,000.00 and the abolishment of the Second Amendment to the United States Constitution. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated: March 5, 2014

                                                      EDWARD M. CHEN
                                                      United States District Judge